DATE   2/13/20    
LOCATION   Beaumont    
JUDGE   Ron Clark    
DEPUTY CLERK   Faith Ann Laurents    
RPTR/ECRO   Chris Bickham    
USPO   Carl Tucker    
INTERPRETER     
BEGIN   10:50am    

CASE NUMBER   9:19cr20-1    
USA   Tommy Coleman   Assigned  
VS   "   Appeared  

  James Vincent Chaney    
Defendant  
  John McElroy    
Attorney  

## SENTENCING

X Sentencing held ☐ Evidentiary  
X Court adopts presentence report/CHANGES    X Plea Agreement accepted  
X UNSEAL    X Plea Agreement  

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 1 of the Indictment | 46 months | ---------- | -------------- | --------- | 3 year(s) | $100 |
|  |  | ---------- | -------------- | --------- | year(s) | $100 |

**SPECIAL CONDITIONS:**

X    Dft shall comply with **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.  
X    Dft shall comply with **mandatory and special conditions** of release, as set forth in the Dft's Presentence Report.  
X    Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.  
☐    Denial of all Federal benefits for a period of _____ year(s).  
X    Dft remanded to the USM.  
☐    Dft ordered to surrender by 2:00 pm on _____ to ☐ designated institution ☐ USM.  
☐    Bond continued.  
☐    Dft's ORAL Motion for Variance based upon "First Step Act".  
☐    ORAL Motion GRANTED.  
X    Govt's ORAL Motion to Dismiss Count(s)   Remaining in all Indictments  .  
X    ORAL Motion GRANTED.  
☐    Dft failed to appear ☐ Order for arrest warrant ☐ bond forfeited.  
X    **Dft advised of right to appeal & court appointed counsel.**  
X    Video Waiver filed.  
X    Minutes filed.  

Adjourned:   12:00pm    

Total Time:   1 hr 10 mins